UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEMETREOUS A. BROWN, Plaintiff<br><br>Plaintiff,<br><br>v.<br><br>DARK HORSE TRANSPORTATION LLC, a Nevada limited liability corporation, et al.,<br><br>Defendants. | Case No. 2:20-cv-00377-RFB-EJY<br><br>**ORDER** |

Pending before the Court is the Request for Extension of Time (ECF No. 27). Plaintiff states he needs to extend the deadlines set in the Court's May 27, 2021 Order (ECF No. 26) because he is the owner and operator of his own trucking company, transporting freight throughout the southwest and west coast.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Extension of Time (ECF No. 27) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of the Court's May 27, 2021 Order, together with a copy of his Complaint, on Defendants Dark Horse Transportation LLC and Jeremy Yingling via first class mail at the address on the served Summons, as well as by electronic mail no later than **June 15, 2021**.

IT IS FURTHER ORDERED that Plaintiff shall file a Notice of Compliance with this Order confirming the service required has occurred.

IT IS FURTHER ORDERED that Defendants Dark Horse Transportation LLC and Jeremy Yingling shall have through and including **June 29, 2021** to respond to Plaintiff's Complaint.

Dated this 1st day of June, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1